UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AGUIEUS, INC.,
a Delaware corporation

Plaintiff,

v.                                                                    Case No. 8:18-cv-414-T-35SPF

JEREMIAH BAKER, et al.,

Defendants.
_____/

## ORDER OF RECUSAL

This matter comes before the Court *sua sponte*. Pursuant to Title 28, United States

Code, Sections 455(a) and 455(b)(5)(iii), and Canon 3C(1)(d)(iii) of the Code of Conduct for

United States Judges, and upon review of the file, it is appropriate for me to recuse myself

because a close family member is currently an equity partner in the law firm Petitt Worrell

Rocha Sheppard PLLC, which represents the Plaintiff in this action. Accordingly, the Clerk

of Court is directed to reassign this case, by random draw, to another United States Magistrate

Judge.

**DONE and ORDERED** at Tampa, Florida, this 28th day of August, 2018.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE